Frank A. THILL, Bishop of Concordia, et al. v. FIDELITY NATIONAL BANK & TRUST COMPANY OF KANSAS CITY, a Corporation, as Trustee.

No. 2543.

Circuit Court of Appeals, Tenth Circuit.

Dec. 2, 1942.

Hunt & Baldwin, of Concordia, Kan., D. M. McCarthy, of Hays, Kan., and John C. Dempsey, of Cincinnati, Ohio, for appellants.

Bowersock, Fizzell & Rhodes, of Kansas City, Mo., and Louis R. Gates, of Kansas City, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellants.

UNION CENTRAL LIFE INSURANCE COMPANY, a Corporation, v. Mary A. GUYTON et al.

No. 2639.

Circuit Court of Appeals, Tenth Circuit.

Nov. 25, 1942.

Charles Warren and Douglas Hudson, both of Fort Scott, Kan., for appellant.

Stuart T. McAlister and C. J. Taylor, both of Parsons, Kan., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America, Appellant, v. 2824.90 ACRES OF LAND, etc., et al.

No. 12500.

Circuit Court of Appeals, Eighth Circuit.

Dec. 28, 1942.

Frank M. Mayfield, Sp. Atty., Department of Justice, of Lexington, Mo., for appellant.

H. O. Eldredge, of Waynesville, Mo., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs to either party in this Court pursuant to motion of appellant and agreement of counsel for respective parties.

UNITED STATES of America v. Honorable Richard J. HOPKINS, Judge of the United States District Court for the District of Kansas.

No. 2648.

Circuit Court of Appeals, Tenth Circuit.

Dec. 15, 1942.

Writ of Certiorari Denied April 12, 1943.

See —— U.S. ——, 63 S.Ct. 981, 87 L.Ed. ——.

Paul L. Aylward, of Ellsworth, Kan., Jacob A. Dickinson and Peter F. Caldwell, Sp. Attys., Department of Justice, both of Topeka, Kan., for petitioner.

Howard Fleeson, Wayne Coulson, and Austin Cowan, all of Wichita, Kan., for respondent.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Application for leave to file petition for writ of mandamus granted. Order entered directing issuance of writ.

PHILLIPS, J., dissenting.